```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        :
                                :  No. 3:05 Cr. 49 (RNC)
     - v. -                     :
                                :
SETH KLEINBERG,                 :
     a/k/a "Basilisk,"          :
     a/k/a "Horde,"             :
                                :  Date:  September 13, 2007
                   Defendant.   :
```

GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN AID OF SENTENCING

The United States of America ("Government") respectfully submits this memorandum to supplement the Government's Memorandum of Law in Aid of Sentencing, dated January 18, 2007.  Specifically, the Government respectfully submits that the stipulated loss amount is supported by the evidence.

Background

The Pre-Sentence Report, dated May 18, 2006 ("PSR"), describes the offense conduct in this case.  In brief, from 1998 through April, 2004, the defendant was a member of the "warez" scene.  During that time, the defendant was a senior member of Fairlight and Kalisto, PSR ¶ 14, which were prominent "warez" release groups.  Fairlight and Kalisto were among the many organized groups that engaged on the Internet in the massive copyright infringement of software, computer games, movies, and other copyrighted material.

Certain Internet websites provide information about the activity of warez groups.  A well-known example of such a website is NForce (http://www.nforce.nl), which is located in the Netherlands.  Among other things, NForce maintains a list of software, games, and movies that have been pirated and published, i.e., "released," on the Internet.  To provide the Court with a better understanding of the defendant's criminal activity, a page from the NForce website is attached as Exhibit A.

Exhibit A shows an excerpt from the list maintained by NForce of pirated PC computer games released on November 13, 2003.  (The left side of Exhibit A shows some of the other types of copyrighted works that are routinely pirated -- in addition to PC computer games, there are computer applications, games for consoles such as the Sony Playstation and Microsoft Xbox, movies, music, and so on.)

The list of PC computer games in Exhibit A identifies the warez group that first released the game.  As can be seen from Exhibit A, Fairlight was one of the most successful warez groups pirating PC computer games.  Kalisto was one of the most successful warez groups pirating PlayStation games.

Only the first warez group to release a particular piece of software or game is credited with the release; any subsequent releases by other warez groups are deleted, or "nuked," under the particular ethos of the warez community.  From

September 2002 through April 2004, Fairlight was credited with the release of approximately 200 PC computer games.  Kalisto was credited with the release of nearly 150 PlayStation games.

Although Fairlight and Kalisto focused on cracking computer games, the groups' computer servers were used to store and distribute software that had been pirated by other groups and was far more valuable.  For example, FTP logs show that the defendant downloaded Maya Unlimited, Version 4.5 ("Maya"), from the server FSISOArchive on or about February 17, 2003.  Maya is an application suite used to create production-quality 3D graphics for movies and computer games; it was awarded an Oscar in 2003 for technical achievement.

Maya was released for retail sale on September 12, 2002.  As shown in Exhibit B, Maya was "cracked" and pirated by the warez group ISO on September 13, 2002.  When the defendant downloaded Maya, he was stealing software with a retail value of $6,999, as shown in Exhibit C.

Pirating software and computer games so quickly required a concerted and organized effort by many people.  "Suppliers" were responsible for obtaining the software and computer games on the day of the official release, if not before.  (Industry insiders were especially valued as suppliers, because they could often provide pre-release copies of the software before the official release.)  Suppliers uploaded the software to

one of the group's servers, so that "crackers" could defeat any technological copyright protections, and "rippers" could reduce and repackage the software as needed to make it smaller and easier to distribute.  "Testers" were then responsible for testing the release.  After the release was tested, it would be copied to one or more of the group's computer servers, from which "couriers" would copy it to other computer servers around the world.

A warez group such as Fairlight used many different computer servers -- some for internal use during the release process, and some to serve as archives for pirated works that had already been released, by themselves or by other release groups. One or more "site admins" were responsible for maintaining and administering each server, to determine which group members were allowed access and to what extent.  A significant benefit of belonging to a warez group was access to the group's archives, from which "free" software, games, and movies could be downloaded.

In this case, the defendant was a senior member of Fairlight, Kalisto, Echelon, Project X, and Mode 7.  See PSR ¶ 21.  He supplied those groups with computer games that he obtained as an industry "insider," based on his involvement with a website devoted to the gaming industry.  See id.  The defendant was also involved in disabling, or "cracking," copyright

4


protection.  See PSR ¶ 16.  As the defendant candidly stated in his letter to the Court:  "The process of releasing the games and packaging them and removing their copyright protection, to me, was like a game itself, a race against other groups, and a fun competition.  I was hooked."

ARGUMENT

The Stipulated Loss Amount Has Been Adequately Established

The Government and the defendant agreed in the Stipulation of Offense Conduct that "over $1,000,000 in losses are attributable to the defendant as relevant conduct."  In fact, that estimate was conservative, as established by the affidavit of FBI S/A Casey Harrington.

As explained by S/A Harrington, the Government has obtained definite valuations for some, but not all, of the copyrighted works involved in this case.  See Affidavit of Casey R. Harrington, dated Sept. 13, 2007 ("Harrington Aff."), ¶ 4. Those valuations were obtained from the Business Software Alliance ("BSA"), an industry consortium consisting of a number of major software companies.  See id.

The value of other copyrighted works was conservatively estimated.  See id. ¶ 5.  For example, computer games were valued at $20, even though members of the "warez" scene trafficked in the latest and most popular games, which typically cost significantly more.  Similarly, the Maya software suite

5

downloaded by the defendant was estimated to have a value of $50, instead of the actual retail value of $6,999 (presumably because the publisher of Maya was not a member of BSA).

Taking the sum of known and estimated valuations, S/A Harrington computed the infringement loss amount in three ways: (1) by looking only at file transfers specifically involving the defendant; (2) by looking at all file transfers on each server during the time period that the defendant was active on the server; and (3) by looking at the value of the files on each server on which the defendant was active.

The first method, focusing only on the defendant's file transfers, yields an infringement loss amount of approximately $12,025.  This loss amount cannot properly be used as the measure of the defendant's relevant conduct, because it entirely ignores his culpability for the conduct of his co-conspirators.

The second measure, yielding an infringement loss amount of approximately $7,134,359, provides the most accurate measure of the defendant's relevant conduct, by evaluating the file transfers of all co-conspirators during the time when the defendant was known to be active.  Indeed, the defendant acknowledges that he was a "senior" in Kalisto, Fairlight, and other warez groups, so it is entirely appropriate to attribute the file transfers of other group members to him.  Viewed in this

light, the stipulated loss amount is fair and generous to the defendant.

The third measure of loss provided by S/A Harrington relies on the value of the copyrighted works on the servers, without measuring the value of any file transfers.  In this case, the third measure is incomplete, because S/A Harrington was unable to locate a valuation for three of the servers on which the defendant was known to be active.

Based on the stipulation between the Government and the defendant, and the information set forth in the affidavit of S/A Harrington, the Court should easily conclude that the infringement loss amount under the Sentencing Guidelines is in excess of $1,000,000.

## Conclusion

The Government respectfully submits that the Court should find an infringement loss amount in excess of $1,000,000.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


/s/ Edward Chang
EDWARD CHANG
ASSISTANT U.S. ATTORNEY
Federal Bar No. ct26472
157 Church Street, 23rd Floor
New Haven, CT  06510
Tel.: (203) 821-3796

**EXHIBIT A**

| | Go |
|---|---|
| **No Account?** | |
| Click Here to Register! | |
| Forgot Password | |

NFO's   Reviews   Forum



### Bit Torrent Search Engine
www.zoozle.org - worlds greatest BitTorrent search engine

**25 Mbit Down**
anonymous high speed

- Mixed
- Sorted
- Search
- Write a Review
- PC Game Rips
- PC Game ISOs
- PC Game Rip Patches
- PC Game Dox
- PC Game Addons
- PC App ISOs
- Dreamcast
- Playstation
- Playstation 2
- Xbox
- Xbox 360
- Gameboy Advance
- GameCube
- PSP
- DivX
- Xvid
- VCD
- SVCD
- Anime
- XXX
- TV-Rips
- DVD-R
- 0DAY (external)
- MP3 (external)
- PDA (external)
- RSS Feeds
- Bots Back-End

**PC Game ISOs**    << - >>

| DATE | SECTION | RELEASE NAME | GROUP | SIZE | |
|---|---|---|---|---|---|
| 2003-11-13 | PC Game ISOs | Broken Sword 3: Sleeping Dragon (c) DreamCatcher | FAIRLIGHT | 97x15 MB | 20 |
| 2003-11-13 | PC Game ISOs | Dungeon Siege Legends Of Aranna (c) Microsoft *CLONECD* | CYCLONE | 41x15 MB | 31 |
| 2003-11-13 | PC Game ISOs | The Simpsons Hit & Run (c) Vivendi Universal | FAIRLIGHT | 131x15 MB | 39 |
| 2003-11-13 | PC Game ISOs | The Hobbit (c) Vivendi Universal | RAZOR1911 | 102x15 MB | 12 |
| 2003-11-12 | PC Game ISOs | Dungeon Siege: Legends of Aranna (c) Microsoft | FAIRLIGHT | 130x15 MB | 14 |
| 2003-11-12 | PC Game ISOs | Big Rigs Over The Road Racing *NFOFiX* | RAZOR1911 | 01x01 | 43 |
| 2003-11-12 | PC Game ISOs | No One Lives Forever 2: Contract JACK (c) Vivendi Universal | FAIRLIGHT | 76x15 MB | 19 |
| 2003-11-12 | PC Game ISOs | Civil War Battles: Campaign Franklin (c) HPS Simulations | FAIRLIGHT | 23x15 MB | 90 |
| 2003-11-11 | PC Game ISOs | Manchester City Club Manager (c) JustFootball | FAIRLIGHT | 15x15 MB | 74 |
| 2003-11-11 | PC Game ISOs | Leeds Club Manager (c) JustFootball | FAIRLIGHT | 15x15 MB | 95 |
| 2003-11-11 | PC Game ISOs | Arsenal Club Manager (c) JustFootball | FAIRLIGHT | 17x15 MB | 58 |
| 2003-11-11 | PC Game ISOs | Nba Live 2004 (c) EA Sports | DEVIANCE | 87x15 MB | 15 |
| 2003-11-11 | PC Game ISOs | Championship Snowboarding 2004 (c) Activision Value | DEVIANCE | 50x15 MB | 36 |
| 2003-11-11 | PC Game ISOs | Chaos Legion (c) Capcom | DEVIANCE | 70x15 MB | 53 |
| 2003-11-11 | PC Game ISOs | Big Rigs: Over the Road Racing (c) GameMill | RAZOR1911 | 26x15 MB | 37 |
| 2003-11-10 | PC Game ISOs | Fifa Football 2004 (c) EA Sports *CLONECD* | CXZISO | 73x15 MB | 36 |
| 2003-11-10 | PC Game ISOs | Dr.Seuss The Cat In The Hat (c) Vivendi *KIDDIE* | RAZOR1911 | 34x15 MB | 22 |
| 2003-11-10 | PC Game ISOs | The Powerpuff Girls Princess Snorebucks (c) Broderbund *KIDDIE* | DOWNLINK | 35x15 MB | 11 |
| 2003-11-10 | PC Game ISOs | Polybox (c) Oxide Games | EUPHORIA | 44x15 MB | 22 |
| 2003-11-09 | PC Game ISOs | Batman Toxic Chill (c) Broderbund *KIDDIE* | DOWNLINK | 43x15 MB | 11 |
| 2003-11-08 | PC Game ISOs | Kelly Slaters Pro Surfer (c) Aspyr | IMMERSION | 84x15 MB | 36 |
| 2003-11-08 | PC Game ISOs | Lord Of The Rings: Return Of The King (c) EA *PROPER* *CD3* | DEVIANCE | 47x15 MB | 24 |
| 2003-11-07 | PC Game ISOs | Worms 3D (c) Sega *CD1 BWCLONE* | CXZISO | 53x15 MB | 18 |
| 2003-11-07 | PC Game ISOs | Pop Idol (c) Codemasters | DEVIANCE | 75x15 MB | 19 |
| 2003-11-05 | PC Game ISOs | Civilization III: Conquests (c) Atari | DEVIANCE | 49x15 MB | 26 |
| 2003-11-05 | PC Game ISOs | Lord of the Rings: War of the Ring (c) Vivendi Universal | FAIRLIGHT | 65x15 MB | 12 |
| 2003-11-05 | PC Game ISOs | Imaginext Battle Castle (c) Vivendi Universal *KIDDIE* | DOWNLINK | 29x15 MB | 14 |
| 2003-11-05 | PC Game ISOs | Wallace & Gromit in Project Zoo (c) Bam Entertainment | DEVIANCE | 44x15 MB | 7 |
| 2003-11-05 | PC Game ISOs | Turok: Evolution (c) Acclaim *CD2* *CLONECD* | CYCLONE | 56x15 MB | 10 |
| 2003-11-05 | PC Game ISOs | Warlords IV: Heroes of Etheria (c) Ubi Soft *CLONECD* | CYCLONE | 53x15 MB | 23 |

| Date | Type | Title | Group | Files | Size |
|---|---|---|---|---|---|
| 2003-11-04 | PC Game ISOs | Lord Of The Rings: Return Of The King (c) EA | FAIRLIGHT | 149x15 MB | 20 |
| 2003-11-04 | PC Game ISOs | Uru: Ages Beyond Myst (c) Ubisoft | DEVIANCE | 52x15 MB | 32 |
| 2003-11-04 | PC Game ISOs | Masque Video Slots (c) Masque Publishing | FAIRLIGHT | 45x15 MB | 86 |
| 2003-11-04 | PC Game ISOs | Activision Anthology Remix Edition (c) MumboJumbo | FAIRLIGHT | 27x15 MB | 66 |
| 2003-11-03 | PC Game ISOs | Bob the Builder Bob's Castle Adventure (c) THQ *KIDDIE* | DOWNLINK | 24x15 MB | 19 |
| 2003-11-03 | PC Game ISOs | Fairly Odd Parents Breakin Da Rules (c) THQ *KIDDIE* | DOWNLINK | 21x15 MB | 7 |
| 2003-11-03 | PC Game ISOs | Traitors Gate 2: Cypher | IMMERSION | 48x15 MB | 38 |
| 2003-11-03 | PC Game ISOs | Fame Academy (c) UbiSoft | DEVIANCE | 47x15 MB | 8 |
| 2003-11-03 | PC Game ISOs | Victoria: An Empire Under The Sun (c) Strategy First | DEVIANCE | 54x15 MB | 21 |
| 2003-11-03 | PC Game ISOs | Fifa 2004 (c) EA Sports | DEVIANCE | 84x15 MB | 39 |
| 2003-11-03 | PC Game ISOs | Heroes Of Might And Magic Winds Of War (c) 3DO *CLONECD* | CXZISO | 20x15 MB | 21 |
| 2003-11-03 | PC Game ISOs | Robin Hood Defender of The Crown (c) Capcom *CD2 BWClone* | CXZISO | 48x15 MB | 14 |
| 2003-11-03 | PC Game ISOs | The Third Wave (c) Pan Vision *CLONECD* | CXZISO | 35x15 MB | 8 |
| 2003-11-02 | PC Game ISOs | Barbie of Swan Lake The Enchanted Forest (c) Vivendi Universal *KIDDIE* | VERMISO | 30x15 MB | 58 |
| 2003-11-02 | PC Game ISOs | ZooCube (c) PuzzleKings | ZOO | 01x15 MB | 7 |
| 2003-10-31 | PC Game ISOs | Rebel Trucker (c) Global Star Software | ASCENSION | 36x15 MB | 8 |
| 2003-10-31 | PC Game ISOs | Take-Out Weight Curling 2 (c) Global Star Software | ASCENSION | 19x15 MB | 17 |
| 2003-10-31 | PC Game ISOs | Silent Storm (c) Big Ben Interactive | DEVIANCE | 95x15 MB | 71 |
| 2003-10-30 | PC Game ISOs | Call of Duty (c) Activision | DEVIANCE | 99x15 MB | 40 |
| 2003-10-30 | PC Game ISOs | Brother Bear (c) Disney Interactive *KIDDIE* | FAIRLIGHT | 16x15 MB | 60 |

Copyright (c) 1995 - 2005   NFOrce Entertainment

**EXHIBIT B**

**No Account?**
Click Here to Register!
Forgot Password

NFO's | Reviews | Forum

### Bit Torrent Search Engine
www.zoozle.org - worlds greatest BitTorrent search engine

### 25 Mbit Down
anonymous high spee

- Mixed
- Sorted
- Search
- Write a Review
- PC Game Rips
- PC Game ISOs
- PC Game Rip Patches
- PC Game Dox
- PC Game Addons
- **PC App ISOs**
- Dreamcast
- Playstation
- Playstation 2
- Xbox
- Xbox 360
- Gameboy Advance
- GameCube
- PSP
- DivX
- Xvid
- VCD
- SVCD
- Anime
- XXX
- TV-Rips
- DVD-R
- 0DAY (external)
- MP3 (external)
- PDA (external)
- RSS Feeds
- Bots Back-End

**PC App ISOs**    << - >>

| DATE | SECTION | RELEASE NAME | GROUP | SIZE |
|---|---|---|---|---|
| 2002-09-13 | PC App ISOs | CADvent PLUS (c) Linda *REPACK Industrial* | TFTISO | 20x15 MB |
| 2002-09-13 | PC App ISOs | MAYA 4.5 Unlimited Final | ISO | 21x15 MB |
| 2002-09-13 | PC App ISOs | NTI BACKUP DELUXE NOW! 3.0 | RISE | 23x15 MB |
| 2002-09-13 | PC App ISOs | NetG eCommerce and eBusiness *Training* | PANTHEON | 38x15 MB |
| 2002-09-13 | PC App ISOs | ICEM CFD v4.2.2 | ISO | 24x15 MB |
| 2002-09-13 | PC App ISOs | CADvent PLUS (c) Lindab *Industrial* | TFTISO | 20x15 MB |
| 2002-09-13 | PC App ISOs | IBM VIAVOICE ADVANCED EDITION V10 | WIZISO | 38x15 MB |
| 2002-09-13 | PC App ISOs | OMEGA: CP Design & Production Software | ISO | 31x15 MB |
| 2002-09-12 | PC App ISOs | Interactive String Section DeLuxe AKAI *Audio Samples* | DELIRIUM | 48x15 MB |
| 2002-09-12 | PC App ISOs | Emagic Xtreme Digital EXS24 | DELIRIUM | 34x15 MB |
| 2002-09-12 | PC App ISOs | Using Microsoft Windows XP Professional (c) Que | EITHELISO | 22x15 MB |
| 2002-09-12 | PC App ISOs | Netg Web Developer | PANTHEON | 21x15 MB |
| 2002-09-11 | PC App ISOs | Probiz Business Suite Deluxe | DESCENSION | 07x15 MB |
| 2002-09-11 | PC App ISOs | AMG The Chill Out Room *Audio Sample* | ETHNO | 64x15 MB |
| 2002-09-11 | PC App ISOs | Roxio VideoWave Power Edition v5.1 | MAGE | 90x15 MB |
| 2002-09-11 | PC App ISOs | Symantec Norton SystemWorks 2003 | PDISO | 07x15 MB |
| 2002-09-10 | PC App ISOs | ESPRIT 2002 Plus (c) DP Technology | RORISO | 31x15 MB |
| 2002-09-10 | PC App ISOs | Unigraphics NX Computer Assisted Self Teach (c) EDS | RORISO | 14x15 MB |
| 2002-09-10 | PC App ISOs | MS OfficeXP SP2 Slipstream Corp | BETAZ | 22x15 MB |
| 2002-09-09 | PC App ISOs | AXELedge v1.5 (c) MindAvenue Inc. | SHOCKISO | 03x15 MB |
| 2002-09-09 | PC App ISOs | QuickSell 2000 Point of Sale v3.01n (c) Sales Management Systems | SHOCKISO | 04x15 MB |
| 2002-09-09 | PC App ISOs | CrossWorlds InterChange Server v4.1.1 (c) IBM *INDUSTRIAL* | SHOCKISO | 33x15 MB |
| 2002-09-09 | PC App ISOs | American Greetings® CreataCard® Platinum 7 | MAGE | 78x15 MB |
| 2002-09-08 | PC App ISOs | COMSOL FEMLAB 2.3 *Industrial* | EFA | 32x15 MB |
| 2002-09-07 | PC App ISOs | Talk Now! Learn Thai For Beginners | ISOMAN | 17x15 MB |
| 2002-09-06 | PC App ISOs | Dazzle OnDVD v2.0 (c) SCM Microsystems | MAGE | 6x15 MB |
| 2002-09-06 | PC App ISOs | Serebra Microsoft Office XP Course | JGTISO | 12x15 MB |
| 2002-09-06 | PC App ISOs | eTrust InoculateIT Workgroup and Advanced Edition V6.0 | BLIZZARDISO | 37x15 MB |

| Date | Category | Title | Group | Size | |
|---|---|---|---|---|---|
| 2002-09-06 | PC App ISOs | Dazzle DVD Complete Deluxe v2.02 (c) SCM Microsystems | MAGE | 04x15 MB | |
| 2002-09-05 | PC App ISOs | Sophos AntiVirus September Edition ALL OS | CBD | 33x15 MB | |
| 2002-09-05 | PC App ISOs | Toonz v4.6 (c) avid | DCN | 12x15 MB | |
| 2002-09-05 | PC App ISOs | CBT NUGGETS MICROSOFT VISUAL BASIC DISTRIBUTED APPLICATIONS | JGTISO | 33x15 MB | 3 |
| 2002-09-05 | PC App ISOs | Lotus Sametime v3.0 | SCOTCH | 41x15 MB | 34 |
| 2002-09-05 | PC App ISOs | Omnipage Pro v12: Scansoft | BIN | 10x15 MB | 29 |
| 2002-09-04 | PC App ISOs | GNOMON MAYA TRAINING VIDEO-SKINNING IV *DVDRiP* | W3D | 30x15 MB | |
| 2002-09-04 | PC App ISOs | TRADEPOWER SUITE V8.1 | BIN | 19x15 MB | 11 |
| 2002-09-04 | PC App ISOs | Unigraphics NT v1.0 *RETAIL* (c) EDS | ISO | 29x15 MB | |
| 2002-09-03 | PC App ISOs | WordPerfect Family Pack 4 (c) Corel | MAGE | 106x15 MB | 3 |
| 2002-09-03 | PC App ISOs | Quest I-Watch v4.0.C3 | PSF | 19x15 MB | 9 |
| 2002-09-03 | PC App ISOs | Microsoft Picture It! Photo Premium v7.0 (c) Microsoft | MAGE | 37x15 MB | |
| 2002-09-03 | PC App ISOs | Formula 4000 vol 3 Analog Odyssey (c) EMU | TECHNOCORE | 13x15 MB | 5 |
| 2002-09-03 | PC App ISOs | Steinberg Plex VSTi v1.0 (c) Steinberg | PANTHEON | 18x15 MB | 34 |
| 2002-09-02 | PC App ISOs | Ejay Sound Selection #1 *READ NFO* | QUANTUM | 35x15 MB | 31 |
| 2002-09-01 | PC App ISOs | Crystal Enterprise Report Application Server V9.2 | BLIZZARDISO | 13x15 MB | 9 |
| 2002-09-01 | PC App ISOs | Microsoft XP Corporate Edition SP1 Integrated *PROPER* (c) M$ | RFM | 38x15 MB | 13 |
| 2002-09-01 | PC App ISOs | CakeWalk Music Creator 2003 | MAGE | 27x15 MB | |
| 2002-09-01 | PC App ISOs | Microsoft Windows XP Corporate Ed.with incl. SP1 (c) Microsoft | FTF | 33x15 MB | 41 |
| 2002-08-31 | PC App ISOs | DASSAULT SYSTEMES SMARTEAM V4.0 SP5.5 | RISE | 93x15 MB | |
| 2002-08-30 | PC App ISOs | Britannica 2003 Ultimate Reference Suite *WinMac* | MAGE | 146x15 MB | |
| 2002-08-29 | PC App ISOs | IBM WEBSPHERE MQ V5.3 | QUANTUM | 36x15 MB | |

Copyright (c) 1995 - 2005   NFOrce Entertainment

**EXHIBIT C**



Location: Home / Maya / **Experience Maya 4.5**



**Product Families**
- Maya Software
- StudioTools Software
- PortfolioWall
- Alias SketchBook Pro

**Latest News & Events**
- Maya
- StudioTools
- Games News
- Alias SketchBook Pro
- Events

**Purchasing**
- How to Buy
- Store

**Support**
- Maya
- StudioTools
- Alias SketchBook Pro
- e-Support

**Education**
Training:
- Maya | StudioTools
- Learning Tools

**Community**
User Groups:
- Maya | StudioTools

Discussion Forums:
- Maya | StudioTools

Free Downloads:
- Maya | StudioTools

**Company Info**
- About
- Employment
- Contact Us
- Press
- Research
- Site Map

**Experience Maya®**



Maya is the first choice of digital content creators producing award-winning games, 3D animation and visual effects. Maya 4.5 offers a unique, affordable combination of ground-breaking tools and features, important workflow improvements, and platform choice.

**New features in Maya 4.5**

**The Maya Family of Software Products**

**Maya Unlimited**                                          US$6999

 The premium solution for specific CG challenges when only the best will do.

**Maya Complete**                                           US$1999

 The world's most comprehensive production solution for all 3D artists.

**Maya Personal Learning Edition**

 Available for Maya 4.5. Download coming in January or get it now in the *Learning Maya|Beginner's Guide.*

Plus . . .

**mental ray® for Maya 1.5**

Final release version now available for Maya 4.5 on Windows, IRIX, and Linux and Public Beta for Mac OS X.

**Browse**
- Latest News
- Maya Learning Days

**Software**
- About Maya
- What's New in Maya 4.5
- Maya Unlimited
- Maya Complete
- Maya Personal Learning Edition
- Maya Shockwave 3D Exporter
- mental ray
- Conductors Plugins
- Open Compositing

**Customer Work**
- Gallery
- Stories
- Maya Masters
- Call for Submissions

**Industries**
- Film & Video
- Games
- Web3D
- Visualization

**Brochures**
- Maya 4.5 [PDF]
- 3DS Max to Maya [PDF]
- SoftImage to Maya [PDF]
- Maya's Momentum in Games -[PDF]

Contact Us | Site Map | Alias|Wavefront Japan | Alias|Wavefront Germany

©2000-2002 Alias|Wavefront, a division of Silicon Graphics Limited. All rights reserved.
Your use of this website confirms your agreement to the Terms and Conditions of Use.
Legal | Terms and Conditions of Use | Privacy Policy

CERTIFICATE OF SERVICE

       Pursuant to Title 28, United States Code, Section 1746, and Rule 5(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, I hereby certify that a copy of the document(s) listed below:

    Government's Supplemental Memorandum in Aid of Sentencing

was filed electronically and was served by facsimile on the following parties:

    H. James Pickerstein, Esq.
    Pepe & Hazard
    30 Jelliff Lane
    Southport, CT 06890-1436
    Tel: (203)319-4000
    Fax: (203)259-0251

Notice of this filing will be sent by email to anyone unable to electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

       I certify under penalty of perjury that the foregoing is true and correct.

Dated:    September 13, 2007

                                /s/ Edward Chang
                                EDWARD CHANG